**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CASE NO.: 1:08MJ28A**

**RICHARD DEROBBIO**

## ENTRY OF APPEARANCE

Now comes William J. Murphy, Esquire #4258 and hereby enters his appearance on behalf of the Defendant, Richard DeRobbio in the above-entitled matter.

Respectfully submitted,
Richard DeRobbio,
By his Attorney,

/s/ William J. Murphy__________
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Tel.: 401-490-3200
Fax: 401-490-3207

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Lee Vilker, Esquire
Assistant United States Attorney
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903