**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CR 08 70ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. |
| v. | : | |
| | : | In Violation of 18 U.S.C. § 1341 |
| | : | |
| RICHARD DEROBBIO | : | |

FILED
AUG 08 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

**Introduction**

At all times material to this Information:

1. Defendant resided in Cranston, Rhode Island or in the State of California.

2. Beginning on or about September 2005, and continuing thereafter until in or about February 2006, in the District of Rhode Island, and elsewhere, the defendant, RICHARD DEROBBIO, devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, deposited and caused to be deposited any matter and thing whatever to be to be sent and delivered by any private and commercial interstate carrier for the purpose of executing such scheme and artifice.

**The Object of the Scheme**

3. It was the purpose and objective of the scheme to obtain funds from the retirement annuity accounts of Thomas Perlingieri ("Perlingieri") that were held at Nationwide Financial Services, Inc. ("Nationwide").

4. It was further part of the scheme that defendant DEROBBIO caused Nationwide to mail to him approximately 14 checks totaling $56,930 that were made payable to Perlingieri that defendant subsequently deposited into his bank account or the bank account of his father.

**Means and Methods of the Scheme**

5. It was further part of the scheme that defendant DEROBBIO sent withdrawal requests via facsimile to Nationwide in which he forged the name of Perlingieri and requested that checks in specified amounts from Perlingieri's annuity accounts be mailed to 171 Rutland Street, Cranston, Rhode Island, the then home of defendant's father.

6. It was further part of the scheme that defendant took possession of the aforementioned Nationwide checks made payable to Perlingieri, forged Perlingieri's signature and deposited or caused to be deposited those checks into his personal bank account or into an account held by defendant DEROBBIO's father.

7. It was further part of the scheme that defendant DEROBBIO placed telephone calls to Nationwide and posed as account holder Perlingieri. During these calls to Nationwide, defendant DEROBBIO provided Perlingieri's biographical information and gave oral instructions concerning the withdrawal of funds from Perlingieri's retirement accounts.

**Execution of the Scheme**

8. On or about September 20, 2005, in the District of Rhode Island and elsewhere, for the purpose of executing the scheme and artifice to defraud described in paragraphs 3 through 7, RICHARD DEROBBIO did knowingly and willfully cause to be deposited a check in the amount of $5,250 made payable to Perlingieri, to be sent and delivered by any private or commercial or interstate carrier from Dublin, Ohio to Cranston, Rhode Island.

All in violation of 18 U.S.C. § 1341.

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LEE H. VILKER
Assistant U.S. Attorney

______________________
LUIS M. MATOS
First Assistant U.S. Attorney

8/8/08
______________________
DATE