**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | NO.: CR08-70ML |
| | : | |
| RICHARD DEROBBIO | : | |

# MOTION TO CONTINUE

Defendant hereby moves this Honorable Court for a continuance in the above-referenced matter to Thursday, September 25, 2008 for arraignment.

This continuance is sought in the interest of justice and is considered excludable time.

Assistant United States Attorney, Lee Vilker has no objection to this continuance.

Defendant
By his Attorney,

/s/ William J. Murphy
William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street- 2nd Floor
Providence, RI 02903
401-490-3200 Tel.
401-490-3207 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Lee Vilker, Esquire
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza – 8th Floor
Providence, Rhode Island 02903